UNITED STATES DISTRICT COURT
CONNECITCUT

BERNARD KENNEDY, III

    Plaintiff,

V.                                        CIVIL ACTION NO

                                          3:11-cv-00571-VLB

CREDIT MANAGEMENT, L.P.

Defendant.                                   JULY 5, 2011

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                          THE PLAINTIFF

                                          BY<u>/S/Bernard T. Kennedy</u>
                                          Bernard T. Kennedy, Esquire
                                          The Kennedy Law Firm
                                          P.O. Box 657
                                          Edgewater, MD 21037
                                          Ph   (443) 607-8901
                                          Fax (443) 607-8903
                                          Fed. Bar # Md26843

bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 7/5/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy